| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ARMANDO RAMIREZ-VARGAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0155 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date: July 19, 2010 |
| ARMANDO RAMIREZ-VARGAS, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 28, 2010, **may be continued to July 19, 2010, at 9:00 a.m.**

This reason for the continuance is because counsel for Mr. Ramirez-Vargas is out of the office and will not return until the week of June 28, 2010 and for further plea negotiations. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for effective defense
3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

DATED:  June 22, 2010                        By:    /s/ *Ian Garriques*
                                                            IAN GARRIQUES
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff


                                                            DANIEL J. BRODERICK
                                                            Federal Defender


DATED:  June 22, 2010                        By:     /s/ *Ann H. Voris*
                                                            ANN H. VORIS
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            Armando Ramirez-Vargas




                                                  **O R D E R**

   **IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).


IT IS SO ORDERED.

Dated:   June 23, 2010
                                                            _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE